========================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__    DISTRICT OF    __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO.    **1:06cv1004 (LEK/RFT**)

In the Matter of the Application of SALEEN, INC.,

Petitioner

for an Order Satying and Enjoining the Arbitration Commenced by RONALD WADE,

Respondent

pursuant to the Lemon Law Arbitration Program Regulations Promulgated by the ATTORNEY GENERAL OF THE STATE OF NEW YORK

____    JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Petitioner's Petition for an Order to Show Cause, and for a stay of the arbitration proceeding is DENIED; further Ordered that this matter is DISMISSED, as this Court will abstain and refuse to consider the matter at bar, as the case is not properly before this Court; further Ordered that the Clerk of Court close this case, all in accordance with the Memorandum and Order of the Hon. Lawrence E. Kahn, U.S. District Judge, dd 8/23/06.

DATE: __August 23, 2006__

*[signature: Lawrence K. Baerman]*
Clerk of Court

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK